# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00396-CV

**In re Stephen Brown and Douglas Rivera,
Derivatively on behalf of Central Texas Medical Specialists, PLLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Based on the record before us, the petition for writ of mandamus is denied. *See*

Tex. R. App. P. 52.8(a). Relator's motion for emergency temporary relief is also denied.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: July 6, 2022